## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**AUDREY JONES**                                      **CASE NO.  2:22-CV-04214**

**VERSUS**                                            **JUDGE JAMES D. CAIN, JR.**

**STATE FARM FIRE AND CASUALTY**        **MAGISTRATE JUDGE KAY**
**COMPANY ET AL**

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(B)(6) filed by (1) State Farm General Insurance Company, and (2) State Farm Mutual Automobile Insurance Company" (Doc. 18)  is **GRANTED** dismissing these Defendants with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 24th day of October, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**