**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**AUDREY JONES**                                    **CASE NO.  2:22-CV-04214**

**VERSUS**                                          **JUDGE JAMES D. CAIN, JR.**

**STATE FARM FIRE AND CASUALTY**                    **MAGISTRATE JUDGE LEBLANC**
**COMPANY ET AL**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for

Failure to Prosecute (Doc. 35) filed by State Farm will be **GRANTED** dismissing

Plaintiff's claims with prejudice.

**THUS DONE AND SIGNED** in chambers on this 22nd day of July, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**